JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HERNANDEZ AND NUNEZ, INC., a California Corporation, d/b/a Cici's Pizza 7107, | CASE NO. CV 18-4192 AS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| PENN-AMERICA INSURANCE COMPANY, a Pennsylvania Corporation, | |
| DEFENDANT. | |
| AND RELATED COUNTERCLAIM. | |

Pursuant to the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that Judgment is entered against Plaintiff Hernandez and Nunez, Inc., d/b/a Cici's Pizza 7107, and in favor of Defendant Penn-America Insurance Company on all claims alleged in the First Amended Complaint;

IT IS FURTHER ADJUDGED that Defendant Penn-America Insurance Company is entitled, pursuant to the First Cause of Action in its Counterclaim, to a declaration that there is no coverage for Plaintiff's claim under Penn-America policy no. PAC7048031;

IT IS FURTHER ADJUDGED that the Second Cause of Action in the Counterclaim is denied and the Third and Fourth Causes of Action in the Counterclaim are dismissed as moot;

And IT IS FURTHER ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE. Defendant shall file its Rule 54 Application for Costs within 14 days after entry of Judgment.

DATED: March 13, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE